UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID PADGHAM and ALEXIS PADGHAM, and the Marital Community comprised thereof,<br><br>                              Plaintiff,<br><br>     v.<br><br>CACH, LLC a Colorado Limited Liability Company,<br><br>                              Defendant. | NO:  2:16-CV-0394-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion (Notice) of Dismissal (ECF No. 5).  Plaintiffs filed this motion of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on December 7, 2016. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

All pending motions are denied as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 7, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2